# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER FOR DISMISSAL** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| David Peter Hartley, | ) | Case No. 4:07-cr-058 |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and the Government's motion filed on October 10, 2007, the Indictment against the defendant, David Peter Hartley, is dismissed.

**IT IS SO ORDERED**.

Dated this 10th day of October, 2007.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court